AO 91 (Rev. 11/11)  Criminal Complaint

~~FILED IN OPEN COURT~~

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

3.18.2020

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| LAVERN LEE RENNINGER | ) | 3:20-cr- 1143-MCR |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 3, 2020 to March 18, 2020___ in the county of ___Saint Johns___ in the

___Middle___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted online enticement of a minor |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Wilson, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___March 18, 2020___

_____
*Judge's signature*

City and state: ___Jacksonville, Florida___            Monte C. Richardson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Ashley Wilson, being duly sworn, hereby state as follows:

1.      I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS), and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge Jacksonville, Florida, where I conduct a variety of investigations. Prior to this assignment, I was assigned to the Office of the Deputy Special Agent in Charge Laredo, Texas for approximately 6 years also as a Special Agent. I have a Bachelor's degree in Criminal Justice. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I participated in a 22-week training program at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included the Criminal Investigator Training Program and ICE Special Agent Training. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child

exploitation offenses.

2.     I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.     The statements contained in this affidavit are based on my personal knowledge, as well as on information provided to me by experienced Special Agents and other law enforcement officers and personnel. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal

complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that LAVERN LEE RENNINGER has committed a violation of Title 18, United States Code, Section 2422(b), that is, attempted online enticement of a minor.

4.      I make this affidavit in support of a criminal complaint against LAVERN LEE RENNINGER that is, between the dates of March 3, 2020 and March 18, 2020, in the Middle District of Florida, LAVERN LEE RENNINGER, using a facility of interstate commerce, that is, by cellular telephone and computer via the internet, did knowingly and willfully attempt to persuade, induce, entice, and coerce a person whom RENNINGER believed had not reached the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the state of Florida, that is, the crime of lewd or lascivious battery upon a person 12 years of age or older but less than 16 years of age, in violation of Sections 800.04(4)(a), Florida Statutes, all in violation of Title 18, United States Code, Section 2422(b).

5.      On March 13, 2020, I received a phone call from Homeland Security Investigations (HSI) Task Force Officer (TFO)/Saint Johns County Sheriff's Office Detective Cheyenne Kroul who stated she had been communicating in an undercover capacity with an individual identified as LAVERN LEE RENNINGER since approximately March 4, 2020.   TFO Kroul relayed that RENNINGER is interested

3

in engaging in illegal sexual activity with her fictitious two minor children, whom he believes to be 11 and 13 years old. On the same day, TFO Kroul sent me a copy of the email communication between TFO Kroul and RENNINGER and a copy of the advertisement posted by TFO Kroul. On March 16, 2020, I met with TFO Kroul and reviewed all of the communication between TFO Kroul and RENNINGER and it is as follows:

6.     On March 3, 2020, while acting in an undercover capacity, TFO Kroul posted an advertisement on a particular classifieds advertising website in an attempt to identify and target adult individuals who are seeking to make contact with and engage in illegal sexual activity with minor children. Based on my training and experience, I know that this particular application allows individual users to meet online, engage in conversation, and exchange photos.

7.     TFO Kroul's advertisement was titled *"Hoping this works (st augustine)"* and the body of the ad read *"Hi there, I am new to the area and I'm a single mom. I'm hoping this is the best place to find help for my situation. No details here, email if interested."* On March 3, 2020, at approximately 7.47 p.m., TFO Kroul received a response to her advertisement via email that said, *"Hello... yes, I am curious."*

8.     On March 4, 2020, at approximately 10:22 a.m., TFO Kroul respsonded via email with *"Hey thanks for the reply. I have a dedicated situation, are able to be discrete?"* On March 4, 2020, at approximately 11:17 a.m., TFO Kroul received a response via

4

email that said, "*I also have a dedicated situation… (love your terminology btw)*" and received another response via email at approximately 12:20 p.m. that said, "*May I ask your age..?.. (emoji)*". At approximately 2:49 p.m., TFO Kroul responded via email with "*Ok good. I need that.*" At approximately 2:50 p.m., TFO Kroul received a response via email that said, "*I got a feeling neither of us wanna get caught… lol*". At approximately 2:53 p.m., TFO Kroul responded via email with "*I posted this ad to find a man for one or both of my daughters.*" At approximately 3:00 p.m., TFO Kroul received a response via email that said, "*Lol…. You are sneaky… lol*" and another response via email at approximately 3:09 p.m. that said "*If those girls find out… lol (emoji).*" At approximately 3:17 p.m., TFO Kroul received a response via email that said, "*I do apologize, i thought you were looking for you.*" At approximately 3:53 p.m., TFO Kroul responded via email with "*No they already know. But sorry not for me.*" At approximately 4:00 p.m., TFO Kroul received a response via email that said "*You are a good mom… lol (emoji)(emoji)*" and received another response at approximately 4:01 p.m. that said, "*Too bad not you though… i enjoy your wit and discretion.*" At approximately 4:05 p.m., TFO Kroul responded via email with "*Yeah, I am*" and received a response via email at approximately 4:07 p.m. that said, "*If they know.. why the discretion…. just curious.*" At approximately 4:22 p.m., TFO Kroul responded via email with "*Their age*" and received a response via email at approximately 4:33 p.m. that said, "*Are they under age..?*" At approximately 4:34 p.m., TFO Kroul received a response via email that said,

5

*"I am very interested… what do you need… per say"* and received another response at approximately 4:37 p.m. that said, *"You're welcome to text me… if you wish."* At approximately 4:38 p.m., TFO Kroul responded via email with *"I have an 11 year old and a 13 year old. What is your number?"* At approximately 4:39 p.m., TFO Kroul received a response via email that said *"304-923-8920"* and another response via email at approximately the same time that said, *"Yes i'm in fla."*

9.     TFO Kroul conducted investigative database checks on the phone number and learned the name Vern Renninger was associated to phone number 304-923-8920.   Subsequently, TFO Kroul queried the name Renninger in the Florida Driver and Vehicle Information Database (DAVID) and discovered a person with the name of LAVERN LEE RENNINGER with an address in Zephyrhills, Florida. The conversation continued via email on March 4, 2020 and I have reviewed all of the email communication. They continued as follows:

RENNINGER:     Now i see why you wanted discretion

RENNINGER:     You got quiet..

RENNINGER:     Text.. or call.. i'm usually alone

RENNINGER:     You got quiet

RENNINGER:     yes i'm still here… lol

RENNINGER:     They flagged you …

TFO Kroul:        Sorry. Spending time with the girls

| RENNINGER: | Whew…!!… scared fuck out of me… lol |
| --- | --- |
| RENNINGER: | You'll like whom you're talkin to btw |
| RENNINGER: | Did you get my #..? Need to get off cl.. lol |
| RENNINGER: | Text me .. lol |
| TFO Kroul: | I'm gonna watch a movie with the girls |
| | I didn't get your number but text me so I have it |
| | [TFO Kroul provided her phone number.] |

10.  On March 4, 2020, at approximately 7:24 pm, TFO Kroul received a text message from 304-923-8920 and it said, *"Hello miss movie watcher."* I have reviewed all of the text communication and they continued as follows:

| RENNINGER: | Yes its an out of state #… i am in fla |
| --- | --- |
| TFO Kroul: | Hey hey. I'm Ella btw. What's your name? |
| RENNINGER: | Yes its an out of state #… i am in fla |
| RENNINGER: | 😬 |
| RENNINGER: | Hello Ella… i'm Vern |
| TFO Kroul: | Hi Vern. May I ask how old you are? |
| RENNINGER: | Late 40's… great shape |
| RENNINGER: | You..? |
| RENNINGER: | Thank god you hot off cl.. lol |
| RENNINGER: | Got.. lol… not hot |

| | |
|---|---|
| RENNINGER: | I am a man.. by all accounts.. |
| TFO Kroul: | Yeah it got flagged when I wasn't responding right away. I got so many emails and after awhile cL won't send them so it got flagged |
| RENNINGER: | Fat thumb... lol So i may mis-spell |
| TFO Kroul: | Plus when I told them I was looking for a man for my 11 and 13 year old, people lost their shit |
| RENNINGER: | Honey.. be careful who you tell what you're doing |
| RENNINGER: | I can see that.. lol |
| TFO Kroul: | Well, when people ask, I have to be honest |
| TFO Kroul: | Absolutely nobody knows what I'm doing. It's taboo but I'm a cool mom. |
| RENNINGER: | I mean.. its scary... but hot as fuck |
| RENNINGER: | Well yea |
| RENNINGER: | Lol |
| RENNINGER: | Taboo makes a cock frickin hard... |
| RENNINGER: | As you smile |
| RENNINGER: | You should delete the ad... so no traces |
| RENNINGER: | Soooo... what you thinking |
| RENNINGER: | Your killing me smalls |

8

RENNINGER:      Lol

RENNINGER:      Do they know you and i are texting.?

RENNINGER:      This help..? [RENNINGER sent a picture of a male's bare torso.]

RENNINGER:      I know we ate both scared as fuck

RENNINGER:      Are

RENNINGER:      Soooooo quiet

RENNINGER:      Lol

RENNINGER:      No comment huh... lol

RENNINGER:      Or are you sneaking these texts..?.. lol

RENNINGER:      I am alone btw... call anytime

TFO Kroul:      Hey sorry, just getting the girls ready for bed.

TFO Kroul:      Do you understand what I'm looking for?

RENNINGER:      Yes... i do

RENNINGER:      More than you think

RENNINGER:      Oh yes.... i do

RENNINGER:      Didnt the pic help with that..?

RENNINGER:      Do they..?

RENNINGER:      I'm alone... call if you wish

RENNINGER:      You're smiling

RENNINGER:      Then tell me.. cut out the wondering

RENNINGER:      Btw.... the name Ella is a hot topic for me.. lol

RENNINGER:      You do realize you have my undivided attention

TFO Kroul:      Haha I can tell. What are you most interested in doing with them? And do you want both or just one? I leave that option open

RENNINGER:      Fuck

RENNINGER:      Both

RENNINGER:      Do you want to watch

RENNINGER:      And help

RENNINGER:      They in bed..?

RENNINGER:      Call me..

RENNINGER:      Lol... you are smiling

TFO Kroul:      I'll call tomorrow, I'm about to pass out. I've had such a long day.

RENNINGER:      Baby.... you're killing me

RENNINGER:      Lol

RENNINGER:      You love the tease dont you

TFO Kroul:      I'm sorry but I hope you are 150% aware this is not about me. I will not be involved.

| | |
|---|---|
| RENNINGER: | Have they ever had a cock |
| TFO Kroul: | I'm not teasing you. This is a serious request I have not one that you can jerk off too |
| TFO Kroul: | No they haven't. |
| RENNINGER: | I am seeing its not about you |
| RENNINGER: | I will not jerk off |
| RENNINGER: | I am seeing its not about you |
| RENNINGER: | They will take my cock |
| RENNINGER: | They will suck me, and fuck me |
| RENNINGER: | Is that what you want..? |
| RENNINGER: | This has my cock swelled |
| RENNINGER: | And i aint small |
| TFO Kroul: | I just need your word that you will be gentle with them |
| RENNINGER: | Honey..... i am the man "you" will want |
| RENNINGER: | Gentle, strong, assettive, .... a man |
| RENNINGER: | They will be taken sweetly |
| RENNINGER: | I ask you again... is that what you want..? |
| RENNINGER: | I ask you again... is that what you want..? |
| RENNINGER: | You dont answer my questions honey |
| RENNINGER: | My lord.. this is sooo hot, soo taboo |

11

RENNINGER:     Call me..

RENNINGER:     ☺

RENNINGER:     I will answer all your questions in detail

RENNINGER:     I get the feeling you're married.... yet hiding this..

RENNINGER:     Lol... btw.. it is ok.... if we talk

TFO Kroul:     I am in a long distance relationship. I want you to be gentle

                         with them, that's my main concern

RENNINGER:     Ella..... i figure you can't talk... at least tell me

TFO Kroul:     I want to know you'll use protection. They are 11 and 13, I

                         certainly don't want them pregnant

RENNINGER:     Call me

RENNINGER:     Jeepers girl... call me

TFO Kroul:     I can't. The girls are asleep in my bed

TFO Kroul:     You are being extremely aggressive and I'm not a fan of it.

                         Goodnight

RENNINGER:     I'm alone, you're alone

RENNINGER:     Ooooooo

RENNINGER:     I want a puc of you

RENNINGER:     Sorry.. please don't relate my excitement... with

                         aggression...

RENNINGER:      Call me tomorrow

RENNINGER:      Here.... for you

RENNINGER:      Goodnight Ella

RENNINGER:      Btw... this is YOUR ballgame... i just get get fired up

[RENNINGER sent two of the same picture of a white male's erect penis. The white male is wearing a short sleeve, green plaid button down shirt.]

RENNINGER:      Goodnight

11.    On March 5, 2020, the text conversation continued between RENNINGER and TFO Kroul. They are as follows:

RENNINGER:      Good Morning Ella...

TFO Kroul:      Good morning

RENNINGER:      My apoligies if i came off as aggressive yesterday... i was highly excited

TFO Kroul:      I know, it made me really nervous. This is a very sensitive situation and I don't want someone that is going to be super aggressive. They are 11 and 13, they need gentleness

RENNINGER:      Oh lord i do understand

RENNINGER:      I hope you didnt mind the pic i sent you

RENNINGER:      If i nispell.. in the shower:. Lol

13

| | |
|---|---|
| TFO Kroul: | No it's ok. Was it something you wanted me to show the girls? |
| RENNINGER: | That is up to you... but it was for you |
| RENNINGER: | Have they seen a naked man..?.. |
| RENNINGER: | You sure had good timing... lol... catching me in the shower |
| TFO Kroul: | I'm sure they have seen a picture of a naked man but never one in person. |
| TFO Kroul: | Well, please don't send pictures for me. I'm completely off the table, this is about them. Please remember that |
| RENNINGER: | I do... |
| RENNINGER: | Am surprised you dont want to be present |
| RENNINGER: | How was this thought up.? |
| TFO Kroul: | I will be there to ensure their safety and make sure you're not a serial killer haha |
| TFO Kroul: | My oldest came to me and started asking about everything, I explained everything I could but she said it wasn't good enough. Then my 11 year old followed her sister. So, I felt it was ok if I was there and here we are |
| RENNINGER: | Lol.... good... i'd like you there ... coaching |

14

RENNINGER:      I want you there.. close

RENNINGER:      What do they want to happen..?

RENNINGER:      And you.. what do you want to happen

TFO Kroul:      I'll be close for sure. They want to be safe. I told them some of the things you said yesterday and they are excited to try it

TFO Kroul:      I want them to learn in a safe environment. I want them to be taken care of.

RENNINGER:      What did you tell them specifically

RENNINGER:      Im guessin you are not married

TFO Kroul:      About taking you and sucking you. They asked if you would be nice to them.

RENNINGER:      Did they ask you if you like it

RENNINGER:      Yes i will be a sweetheart

TFO Kroul:      They asked if I had done that before. I laughed and told them that's how they got here lol

RENNINGER:      Lol....

RENNINGER:      I hear excitement in your voice today... not just me

TFO Kroul:      They asked for a picture of you, like what you look like. I told them I'd ask but it was your decision

15

RENNINGER:      You mean naked..?

TFO Kroul:      No I think just like a selfie lol they wanted to see if you
                were cute

RENNINGER:      Lol... im too old to be cute...

RENNINGER:      Lol... i'll send you one, if you send me one

TFO Kroul:      Ok deal

TFO Kroul:      Just FYI, I will not put the girls faces out there so don't
                ask.

RENNINGER:      Do you admit this all turns you on

RENNINGER:      Do you admit this all turns you on

RENNINGER:      No i do not want that

TFO Kroul:      Honestly, it doesn't.

RENNINGER:      [RENNINGER sent a picture of himself outside wearing
                black sunglasses. I have reviewed RENNINGER's driver
                license photo in DAVID and believe this picture depicts
                RENNINGER.]

RENNINGER:      Lol....   point noted

TFO Kroul:      What about without glasses? Lol.

TFO Kroul:      Hang on, I'll walk outside and take one

RENNINGER:      Honestly... my cock has been drippin all morning ... lol

| | |
|---|---|
| RENNINGER: | Honestly... my cock has been drippin all morning ... lol |
| RENNINGER: | Are you at work..? |
| TFO Kroul: | I am |
| RENNINGER: | Lol |
| RENNINGER: | Are you a cop.. Or in anyway associated with law enforcement...? |
| RENNINGER: | I had to ask... |
| TFO Kroul: | Umm no, I'm a secretary for a tow company. Are you a cop?? |
| RENNINGER: | Nope |
| RENNINGER: | Just an ex marine.. clean cut |
| TFO Kroul: | Can I get a pic without your sunglasses? |
| RENNINGER: | Yes |
| TFO Kroul: | Here's me. It's windy outside [TFO Kroul sent a picture of herself.] |
| RENNINGER: | Ella... fyi .. you are gorgeous.. |
| TFO Kroul: | Thank you |
| RENNINGER: | Just sayin |
| RENNINGER: | Yw |
| TFO Kroul: | Both girls look just like me if that helps you |

17

RENNINGER:      Lol... well, made my cock swell

RENNINGER:      [RENNINGER sent a picture of himself without sunglasses.]

RENNINGER:      That better

TFO Kroul:      You're a nice looking man. Where in Florida do you live?

RENNINGER:      Thank you

RENNINGER:      Near tampa... but you're only a few hours away

RENNINGER:      Any pics we send are to be considered yours....and meant for you... just incase

RENNINGER:      And vice verse

TFO Kroul:      What do you mean? This is for the girls, not me.

RENNINGER:      I inow that... lol

TFO Kroul:      Oh I don't understand what you mean mine and meant for me

RENNINGER:      If anyone should ever ask

TFO Kroul:      Oh ok I got ya.

RENNINGER:      Lol

RENNINGER:      So what... would you like to see done...

TFO Kroul:      So have you ever been with someone underage before?

RENNINGER:      No... have you..?

18

| | |
|---|---|
| TFO Kroul: | Never. Are you ok with their age? |
| RENNINGER: | How are you gonna keep this from your husband..?.. lol |
| RENNINGER: | Yes |
| TFO Kroul: | I'm not married. I'm on a long distance relationship |
| TFO Kroul: | In* |
| RENNINGER: | Oooo |
| RENNINGER: | Ok |
| RENNINGER: | Where would this take place |
| RENNINGER: | Are you telling him... what about the girls dad..? |
| TFO Kroul: | I want the first time to be here. Preferably at my house or a hotel if that would make you more comfortable. |
| TFO Kroul: | No I won't be telling him and their dad died 3 years ago in a car accident |
| RENNINGER: | Im sorry |
| RENNINGER: | Thats fine for either location |
| TFO Kroul: | Only made me sad for my girls. He was in and out of their lives when it was good for him |
| RENNINGER: | I know many like that |
| RENNINGER: | Lol... trying get some yard work done... with a hard on |
| TFO Kroul: | Do you work? |

RENNINGER:      Last two years i've spent caring my uncle and step mom, both died last month... so not going back to work until all this is over

TFO Kroul:      Oh I'm sorry to hear that

RENNINGER:      Its ok

RENNINGER:      Have you taught the girls how play with themselves.. and do they get excited sexually..?

RENNINGER:      Do get a lunch... where you could call me..?

RENNINGER:      M in C

RENNINGER:      Lol... that mc was a butt text.. sorry

TFO Kroul:      I haven't taught them how to do that. I think they would feel weird learning anything from their mom if that makes sense

RENNINGER:      Yes...

RENNINGER:      So you have taught them..?

TFO Kroul:      No I haven't taught them anything

RENNINGER:      Ok.. understood.. lol

RENNINGER:      But they do..?...

RENNINGER:      I guess what i'm asking is... does all this sexually excite them to where they get wet.?

20

TFO Kroul:      I don't know if they get wet, honestly I don't ask. We've talked about everything and they don't express to me what happens to them physically. I mean they tell me how excited they are

RENNINGER:      Sexually excited..?

RENNINGER:      What.. would you like to see happen... how do you envision it

RENNINGER:      What.. would you like to see happen... how do you envision it

TFO Kroul:      I really haven't envisioned it. I mean I'm wanting them to learn and be safe and be taken care of

RENNINGER:      They will be

RENNINGER:      What do they want..?

TFO Kroul:      I told you, they said they are good with sex and anything you want to teach. I mean they don't know a ton obviously

RENNINGER:      I'm not huge... but i'm not small at all

RENNINGER:      Teach... everything.?

TFO Kroul:      What are you not ok with?

RENNINGER:      Lol... i'm ok with all of it.. just checkin

TFO Kroul:      And you'll use a condom?

RENNINGER:        Yes

RENNINGER:        Are you ok with watching.. and helping them

TFO Kroul:        I'm ok with watching but I won't participate

RENNINGER:        You dont have to join in...

RENNINGER:        [RENNINGER sent a picure of a white male's erect penis.]

RENNINGER:        [RENNINGER sent a picture of himself wearing pants and no shirt. I have reviewed RENNINGER's driver license photo in DAVID and believe this picture depicts RENNINGER.]

RENNINGER:        No comment huh... lol

TFO Kroul:        Sorry, I'm a little busy. What do you want me to do with the pictures?

RENNINGER:        Your choice

RENNINGER:        They will ask you your thoughts... lol

TFO Kroul:        No it's your choice

RENNINGER:        Go ahead... i would like to know their response..

RENNINGER:        And yours.. lol

TFO Kroul:        Ok. I'll show them when they get home from school. Doesn't matter what I think

RENNINGER:        Well they will ask you.. lol

RENNINGER:          Can you call me after work..?

TFO Kroul:          You can call me now. I have about 5 mins to talk on the

phone

12.     At approximately 3:10 p.m., RENNINGER called TFO Kroul and the phone call lasted approximately 19 minutes and 8 seconds.   The following is a synopsis of the statements made by RENNINGER during the phone conversation. As such, it does not contain every statement made during the conversation:

RENNINGER stated "My thoughts on this, was when this does

happen, shower, in the shower with them, and let them get comfortable,

does that make sense?" and "Um, I'm gunna, I'm gunna to be blunt, I

don't know of any other way to say these things politely, um, show

each of them what its like to be, to have oral, on them."

RENNINGER added, "And then when it does come time for the,

whichever one I guess has the guts, I don't know (laughing), you know

more than me, let them be on top."

RENNINGER told TFO Kroul, "You don't have to be involved, but I

want you, let me see how I say this, I want you involved, you have to be

able to talk to them while we are doing it, so on and so forth. Um, does

that make sense? I mean, I don't, I'm not there to have you, but I don't

want you to hesitate to reach over and show them by grabbing or

23

whatever, do you know what I mean? You can do that, I'm not, I mean I would prefer that, besides just me. They're going to be more comfortable when you reach down and grab hold of me, they're going to be more comfortable, too. Does that make sense?"

RENNINGER also stated, "I've had 90,000 visions of this, of everything I can teach them, not just intercourse, but many aspects, if you want that."

When talking about it will hurt or not, RENNINGER said, "Well, you told them it hurts a little at first, right?"

RENNINGER then said, "Two little girls will wear me the hell out." At one point, RENNINGER asked TFO Kroul, "Well, that's why I asked you if, if you knew, and this is, this is just me not knowing, ya know I didn't know if they get wet, ya know, I mean, excited is one thing, but you can also be excited, there, too, even though you're showing outside excitement."

During the conversation, RENNINGER asked TFO Kroul, "Do you want me to teach them anal?" and also stated, "When I do teach them oral on them, everything down there is going to get licked, and kissed, and sucked, and played with."

13.     After the phone conversation ended, RENNINGER and TFO Kroul

24

continued to communicate via text message and they are as follows:

RENNINGER:      May i ask about their bodies..?.. weight height and such

TFO Kroul:        Maddy is 13, she's tall and skinny. Macy is 11 and she's very short and skinny.

RENNINGER:      Probally a good comparision with Macy [RENNINGER sent a GIF depicting sexual intercourse between an adult male and an adule female.]

TFO Kroul:        She's much smaller than that girl

RENNINGER:      She will do fine....

RENNINGER:      Closer..? [RENNINGER sent a GIF depicting sexual intercourse between an adult male and an adule female.]

RENNINGER:      Closer..? [RENNINGER sent a GIF depicting an adult male ejaculating on a an adult female's stomach who is lying on her back underneath him.]

RENNINGER:      Yes they can see all these [RENNINGER sent a picture of a white male's erect penis.]

RENNINGER:      Yes they can see all these [RENNINGER sent a picture of a white male's erect penis.]

TFO Kroul:        Yes just much shorter.

RENNINGER:      Hello to my favorite girls...

25

| | |
|---|---|
| TFO Kroul: | Sorry. Took the girls to dinner and just got home. We are gonna go ahead and get in bed, we are all pretty tired. |
| RENNINGER: | As am i... good night you 3 |

14.    On March 6, 2020, RENNINGER and TFO Kroul continued to communicate via text message and they are as follows:

| | |
|---|---|
| RENNINGER: | Good Morning |
| TFO Kroul: | Good morning |
| RENNINGER: | How'd yesterday go |
| TFO Kroul: | It was good. |
| RENNINGER: | Awesome |
| TFO Kroul: | They asked when they got to meet you |
| RENNINGER: | Oooooo |
| RENNINGER: | I take it they liked the pics |
| TFO Kroul: | They did. Said it was big |
| RENNINGER: | Lol... any other comments..😂😝 |
| TFO Kroul: | Not really no |
| RENNINGER: | You are a sweetie... just know that |
| RENNINGER: | And so are they..! |
| TFO Kroul: | Thank you |
| RENNINGER: | Yw |

| | |
|---|---|
| TFO Kroul: | What are you heading north for? |
| RENNINGER: | Visit friends |
| RENNINGER: | Your mind is thinkin something... lol |
| RENNINGER: | Your mind is thinkin something... lol |
| TFO Kroul: | No I was just asking |
| RENNINGER: | Lol... honey, pretty much think we can ask other anything |
| TFO Kroul: | I know but I was honestly just curious what you were going north for |
| RENNINGER: | ☺ |
| RENNINGER: | Many questions asked last night..? |
| TFO Kroul: | I told you no not really |
| TFO Kroul: | Sorry, been a long day. |
| RENNINGER: | Me too... lol |
| RENNINGER: | You know i'm just excited... lol |
| RENNINGER: | Tell the girls.... my cock has been swelled and drippin for days thinking |
| TFO Kroul: | I know you're excited. I have a question, would you be opposed to us meeting in public first? |
| TFO Kroul: | Like before going back to my house. |
| RENNINGER: | Not a problem |

27

RENNINGER:      Of course

TFO Kroul:      ok thank you

RENNINGER:      I may be a hard cock... but i'm much nicer than you may
                think

TFO Kroul:      I just want you to be gentle with my girls

RENNINGER:      I will amaze you Ella

RENNINGER:      I will be very loving... not just sex

RENNINGER:      The gorls should be made love to... not fucked

TFO Kroul:      I truly appreciate that, I really do

RENNINGER:      They will both be kissed and loved... tenderly... passion

RENNINGER:      I will teach them love making

TFO Kroul:      And you're not just fuckin with me are you? Just saying all
                this shit to jack off and never plan on making it happen

RENNINGER:      Call me

RENNINGER:      But.. quick answer.. no i am not fucking with you

TFO Kroul:      Ugh I hate talking on the phone to be honest

RENNINGER:      Lmfao

RENNINGER:      My thoughts i have told you honestly... they both need to
                be loved.. not just fucked

RENNINGER:      I'm not an arrogant man.. i am very confident in myself...

| | and i do have a huge heart |
|---|---|
| RENNINGER: | Kissing, foreplay, have fun... before they have me in them |
| RENNINGER: | It is their time.... i'm just the teacher |
| TFO Kroul: | I understand. I just got to my sisters house so texting will be hit or miss until next week. Service is spotty where she lives |
| RENNINGER: | Tell the girls hi... they can text me anytime |

15.     On March 10, 2020, RENNINGER and TFO Kroul continued to communicate via text message and they are as follows:

| TFO Kroul: | Back home |
|---|---|
| RENNINGER: | You left early.. lol |
| TFO Kroul: | Yeah, I wanted to get home before traffic and so I could go into work to save some time. I let the girls stay home and sleep. |
| RENNINGER: | Smart woman |
| RENNINGER: | Hot smart woman |
| RENNINGER: | Smile |
| TFO Kroul: | How's your trip out of town? |
| RENNINGER: | Did not go yet.... kinda delayed it indefinately |
| TFO Kroul: | Oh why is that? |

| | |
|---|---|
| RENNINGER: | Still dealing with some stuff here from my uncles estate |
| TFO Kroul: | I'm sure that's a headache |
| RENNINGER: | Omg yes |
| TFO Kroul: | You need a vacation for sure. Get away from all that |
| RENNINGER: | You got that right... lol |
| TFO Kroul: | The girls said hi |
| RENNINGER: | Awe... soo sweet |
| RENNINGER: | I've thought about them alot |
| RENNINGER: | And you.. lol |
| RENNINGER: | Is that all the girls said..?..😬 |
| TFO Kroul: | They just asked if they get to meet you at all and if I've talked to you more |
| RENNINGER: | Yes they do get to... |
| RENNINGER: | Sounds to me as if they are both very excited to have me naked |
| RENNINGER: | 😬😬 |
| RENNINGER: | I have thought of them much more than you might think |
| RENNINGER: | MUCH MUCH |
| TFO Kroul: | Oh yeah? How so? |
| RENNINGER: | I've thought of them both, in the shower, in the bed... you |

|  | watchin |
| RENNINGER: | All those .. with many variables of each |
| RENNINGER: | Wondering which one wants what the most... wishing i knew their thoughts |
| TFO Kroul: | Are you excited for it to happen? |
| RENNINGER: | Omg yes.... my cock swells and drips ANY time i think of it...! |
| RENNINGER: | Are you..? |
| RENNINGER: | This is about as taboo and hot as it cums.... |
| TFO Kroul: | When did you want it to happen? |
| RENNINGER: | And doubt you would set this up if it if you didnt feel the same way |
| RENNINGER: | I'm open to this week sometime |
| RENNINGER: | When were you thinking |
| TFO Kroul: | Sure what day is good for you? Saturday isn't good, we have two birthday parties |
| TFO Kroul: | Or next week |
| RENNINGER: | Huh..?.. lol |
| RENNINGER: | Do you want day.. or night..? |
| RENNINGER: | Is it their bday..? |

31

TFO Kroul:      No it's friends from their schools. Umm I guess it doesn't

                matter.

TFO Kroul:      Lol I meant next week if this week didn't work

RENNINGER:      Lol

RENNINGER:      Next is cool too

RENNINGER:      I think this will be an all day, or all night affair... not just

                an hour or so

RENNINGER:      Just my feeling... they will want more

TFO Kroul:      You just let me know a day and I'll make sure to take off

                work to meet you

RENNINGER:      Will do

RENNINGER:      When were they wanting

RENNINGER:      [RENNINGER sent a GIF depicting a female peforming

                oral sex on a male's penis.]

TFO Kroul:      They haven't really said.

RENNINGER:      Both my thoughts..?

TFO Kroul:      Huh?

RENNINGER:      [RENNINGER sent a GIF depicting sexual intercourse

                between an adult male and an adule female.]

RENNINGER:      Those two pics..   i tried to find close size ratio of them

| | |
|---|---|
| TFO Kroul: | They are both skinny like that but shorter it looks like. |
| RENNINGER: | Even the oldest..? |
| RENNINGER: | Do they like the pics i send |
| TFO Kroul: | Do you want me to show them? I don't show them unless you tell me to |
| RENNINGER: | Oh yes sure |
| TFO Kroul: | Ok I'll show them |
| RENNINGER: | How tall are each..? |
| RENNINGER: | Just really curious to know |
| TFO Kroul: | Maddy is probably 5'0 and Macy is probably 4'9? I'm not sure, I haven't had to do anything where they are measured haha |
| TFO Kroul: | I'm about 5'4ish and they are both shorter than me |
| RENNINGER: | Thats hot |
| RENNINGER: | Lol... you gonna admit that |
| TFO Kroul: | What? That we are all short? |
| RENNINGER: | Yes... but the thought of all this, even though you are "not involved" per say |
| TFO Kroul: | I'm not involved |
| TFO Kroul: | I'll be there just to supervise |

33

| | |
|---|---|
| RENNINGER: | I understand that.. fully |
| RENNINGER: | And i'm very much fine with that, but it has to excite you some.. |
| RENNINGER: | Cause i admit, as hot as all this will be, you watching adds to it as well |
| RENNINGER: | And its HOT |
| TFO Kroul: | Thank you. How is Wednesday of next week for you? |
| RENNINGER: | Wed looks good |
| RENNINGER: | The thank you...? For you being off tge table.? Or i like you watching..? |
| TFO Kroul: | Just that you understand I'm off the table |
| RENNINGER: | And i do Ella .. fully |
| TFO Kroul: | Ok cool. Wednesday is early release here as well so we can meet then go to my house before I go to pick up the girls |
| TFO Kroul: | I don't know how long it takes you to get here. |
| RENNINGER: | I figure 3 hours |
| RENNINGER: | You want me there waitingbon them..? |
| RENNINGER: | At your house..? |
| RENNINGER: | Are you in St Augustine... or outskirts..? |
| TFO Kroul: | Yeah I think that's good. That way I can talk to them on the |

|              |                                                                                     |
|--------------|-------------------------------------------------------------------------------------|
|              | way home from school. It's about a 10 min car ride home                             |
| TFO Kroul:   | I live off the world golf village exit                                              |
| RENNINGER:   | Cool                                                                                |
| RENNINGER:   | What will you tell them on the ride home                                            |
| TFO Kroul:   | Cool. I'm looking forward to meeting you.                                           |
| TFO Kroul:   | Well they already know about you so I'll tell them mommy talked to him for awhile, he's at the house, go at their pace, be polite, this is our secret, and all that |
| RENNINGER:   | Cool                                                                                |
| RENNINGER:   | Cool                                                                                |
| TFO Kroul:   | I would like to talk to you for a little while before I pick them up.               |
| RENNINGER:   | I understand that...                                                                |
| RENNINGER:   | Such as..?                                                                          |
| TFO Kroul:   | Such as what?                                                                       |
| RENNINGER:   | What you will wanna ask me..                                                        |
| TFO Kroul:   | Just talk, get to know each other, feel each other out. I mean this is a huge deal, I want to make sure I made the right choice in person and not just over the phone |
| RENNINGER:   | I understand that too                                                               |

RENNINGER:     So.. does this excite you though

RENNINGER:     I ask, cause i will feed off that vibe if you do

RENNINGER:     If that makes sense

RENNINGER:     [RENNINGER sent a GIF depicting sexual intercourse between an adult male and an adule female.]

RENNINGER:     [RENNINGER sent a GIF depicting penis/anal intercourse between an adult male and an adule female.]

RENNINGER:     [RENNINGER sent a GIF depicting a female peforming oral sex on a male's penis.]

TFO Kroul:     It excites me that I found someone willing to do this.

TFO Kroul:     Do you want me to show those to them?

RENNINGER:     Lol

RENNINGER:     Lol

RENNINGER:     Yes

RENNINGER:     It does excite you though

RENNINGER:     I would love to know what they say when they look at them

TFO Kroul:     They giggled and asked if y'all were going to do that

RENNINGER:     What did you say

TFO Kroul:     I said it was up to them and Mr. Vern

36

| | |
|---|---|
| RENNINGER: | Did Maddy or Macy say yes they want that |
| TFO Kroul: | They both said it looks fun |
| RENNINGER: | Oh it is |
| RENNINGER: | Ask each what they want 1st.. |
| RENNINGER: | Tell them i'm wet thinking of it |
| RENNINGER: | You quiet girls... |
| TFO Kroul: | Those are questions you need to ask them yourself when you meet them. Let them explain rather than me asking and telling you. |
| RENNINGER: | No prob... |
| RENNINGER: | They can answer in a text too if they wish |
| RENNINGER: | If mom approves |
| TFO Kroul: | They don't have phones yet. They can text on mine. If that's ok with you |
| RENNINGER: | Yes its fine |
| RENNINGER: | I would love that |
| RENNINGER: | [RENNINGER sent a GIF depicting sexual intercourse between an adult male and a female.] |
| RENNINGER: | [RENNINGER sent a GIF depicting sexual intercourse between an adult male and an adule female.] |

37

TFO Kroul:      Which one do you want to talk to?

RENNINGER:      Either

RENNINGER:      Whomever is smiling the most...

RENNINGER:      😊😊

RENNINGER:      Btw.. i set up a pet sitter for wed.. so time is not an issue

TFO Kroul:      Ok cool. Haha you pick which one you want

RENNINGER:      Lol.... oh no... cause i want em both, together or seperate

RENNINGER:      I'll make easier, which one wants to get naked with me 1st

TFO Kroul:      Haha they both said, "me!" At the same time

RENNINGER:      Awesome..!

RENNINGER:      You know i want both...   lol

RENNINGER:      Are they reading

RENNINGER:      Along with you..?

TFO Kroul:      hey it's Maddy :))

RENNINGER:      Well hello Maddy.... so glad to hear from you...😊

RENNINGER:      Whatcha thinkin

RENNINGER:      Be as open as you wish... this is all our secret...

RENNINGER:      Are you scared to text

RENNINGER:      Would you be more comfortable if i jusk ask things.. and

                you answer..?

TFO Kroul:          Umm yeahhh please!

RENNINGER:          Are you nervous

RENNINGER:          Its perfectly normal and ok

RENNINGER:          I will make these all yes or no's..😜😜

RENNINGER:          Are you looking at the pics i've sent..?

RENNINGER:          I'm nervous too

TFO Kroul:          yea I'm a little nervous. is that bad?

TFO Kroul:          and yea my mom showed me

RENNINGER:          Oh no nervous is normal

RENNINGER:          Did you like the pics

TFO Kroul:          I did....it looks funn :))

TFO Kroul:          well my mom said I have to go get ready for bed. School

                    2mrw

RENNINGER:          Do you want to hold my cock, and make it grow

RENNINGER:          Do you want to hold my cock, and make it grow

RENNINGER:          Lol... ok... i will be sweetly thinking of you and macy

TFO Kroul:          that sounds fun!! I can try :) nighty

RENNINGER:          You will succeed ... trust me

RENNINGER:          Then macy can suck it

RENNINGER:          Maddy.. i do love your shy sweetness

RENNINGER:      I will be very gentle and tender with both of you

RENNINGER:      Hi Ella

16.     On March 11, 2020, RENNINGER and TFO Kroul continued to communicate via text message and they are as follows:

RENNINGER:      Good Morning

TFO Kroul:      Hey good morning. Just got to my office

RENNINGER:      Lol... poor Maddy was scared textin yesterday

TFO Kroul:      I don't think she knew what to say plus I told her she only had a few minutes

RENNINGER:      Lol... she didnt you're correct

TFO Kroul:      But I told her you would be here Wednesday and they both smiled

RENNINGER:      😄

RENNINGER:      Have each one pick a pic they want to try most

RENNINGER:      Unless you deleted them.. lol

TFO Kroul:      No I have them. I'll let them show you when they see you. Is there something you are looking to do with each of them more?

RENNINGER:      Lol... oh i'd love it all

RENNINGER:      I do want each to have my cock in their lil pussy

RENNINGER:      They

RENNINGER:      Can both start by sucking me.. together or seperately

TFO Kroul:      Will you wear a condom?

RENNINGER:      Yes.. for intercourse

TFO Kroul:      Ok good. I really don't want them pregnant

RENNINGER:      Neither do i... lol

RENNINGER:      But do want them to learn to enjoy a man cummin in their mouth

RENNINGER:      Was there anything you wanted to besure they learn

TFO Kroul:      Don't be surprised if they don't want to get that right away or if they do they gag

RENNINGER:      I definately want to teach them 69

RENNINGER:      Oh i wont... it'll be their choice, explained before

RENNINGER:      Everytime you and I text about this, i get swelled and just ooze pre-cum... all day

TFO Kroul:      Oh wow. Do you work? Might be difficult to work and have it swelled thinking about two little girls

RENNINGER:      Yes.... but i like it...

RENNINGER:      Just like ella secretly smiling.. thinking of me with your girls.. 😏

41

TFO Kroul:      So I told you I ask off on Wednesday right? It got
                approved. What time do you think you will be here?

TFO Kroul:      I want to make sure my house is clean lol

RENNINGER:      What time do you want me there

RENNINGER:      I love the excitement in your text

TFO Kroul:      Is 10 too early? I don't want to put you out since you have
                to drive

RENNINGER:      10 is fine... gives you and i time to feel each other out and
                not be rushed

RENNINGER:      And you know that will just get me swelled talking with
                anyway

RENNINGER:      Talking With you anyway

TFO Kroul:      Ok good. That will be time to get the girls to school and
                get back home to clean up

RENNINGER:      Now you do realize you are they key to this for me... even
                though you are not involved

RENNINGER:      Me and the girls will be very naked, may i ask you to be
                dressed minimally and provocatively as you supervise... i
                will be much more at ease, and much more turned..

RENNINGER:      On

42

| | |
|---|---|
| TFO Kroul: | Shorts and a t shirt for me |
| RENNINGER: | That'll work... but you do know what mean..? |
| RENNINGER: | I |
| TFO Kroul: | I do |
| RENNINGER: | You truly are the key |
| RENNINGER: | Tease me, and the girls will reap the benefits |
| RENNINGER: | They dont need to learn that yet... lol |
| RENNINGER: | You got it downpat |
| RENNINGER: | Lol |
| TFO Kroul: | Huh? |
| RENNINGER: | Shotts and t-shirt... just make it a hot look.. lol |
| RENNINGER: | Shorts |
| TFO Kroul: | Oh lol ok |
| RENNINGER: | You knew.. lol |
| RENNINGER: | As i said.. you truly are the key |
| RENNINGER: | I'm just being honest.. this is a 1st for me |
| TFO Kroul: | Same here. Are you sure you want to do this? I don't want to force anything on you |
| RENNINGER: | Omg yes.... i do |
| RENNINGER: | Just wanted to tell you.... the sexier and hotter you dress |

43

|  | and are... the harder my cock will be |
| --- | --- |
| RENNINGER: | And by "are" i mean in your actions and talk and actions |
| RENNINGER: | You're already hot as fuck |
| TFO Kroul: | I really wish you would stop talking about me. This isn't about me and all you talk about is me |
| RENNINGER: | Wont anymore, i know its not about you |
| RENNINGER: | My apoligies Ella |
| TFO Kroul: | Just a bit frustrating. |
| RENNINGER: | I do understand... |
| RENNINGER: | I have   NO intentions on you Ella.. a friend yes |
| TFO Kroul: | Friends for sure |
| RENNINGER: | I hope so.... you wild thing you |
| RENNINGER: | Make sure you ask the girls |
| TFO Kroul: | Did you plan to stay the night Wednesday night? |
| RENNINGER: | Do you want me too...? I had not planned on it |
| TFO Kroul: | Ask the girls what? |
| TFO Kroul: | That's completely up to you |
| RENNINGER: | May pay off to leave late at night... traffic will be easier after midnite |
| RENNINGER: | And that gives me and the girls many many hours to fuck |

44

|  | and suck if they want to... |
|---|---|
| RENNINGER: | Yes... thinking of them, i'm hard again |
| RENNINGER: | Lord i get hard thinking of them |
| RENNINGER: | I think they will like having all afternoon and all night of sex |
| RENNINGER: | Your thoughts..? |
| RENNINGER: | [RENNINGER sent a picture depicting an adult female performing oral sex on a male's penis while the male is holding the female upside down.] |
| RENNINGER: | [RENNINGER sent a GIF depicting a female peforming oral sex on a male's penis.] |
| TFO Kroul: | Well if you plan to stay that late, I will keep them out of school on Thursday |
| TFO Kroul: | You better now be messing around with me or feeding me a line of bullshit |
| RENNINGER: | You asked before |
| RENNINGER: | No i am not bs you |
| TFO Kroul: | I have trust issues lol |
| RENNINGER: | Dont we all...!! |
| TFO Kroul: | Yeah I think we do |

17.    On March 12, 2020, RENNINGER and TFO Kroul continued to communicate via text message and they are as follows:

| | |
|---|---|
| TFO Kroul: | Still alive? |
| RENNINGER: | Yes.... sweet of you to ask |
| TFO Kroul: | Just making sure. |
| RENNINGER: | Dont worry, i wont tell anyone you a big softie |
| TFO Kroul: | Lol thanks |
| RENNINGER: | My pleasure |
| TFO Kroul: | I'm home with a sick baby girl today |
| RENNINGER: | Im sorry.... |
| RENNINGER: | Macy..?.. or Maddy..? |
| TFO Kroul: | Macy. Her allergies are killing her. Pollen just does her in |
| RENNINGER: | Yell her i'm thinking of her... and i'm soo sorry for her |
| RENNINGER: | Tell |
| RENNINGER: | Not yell |
| RENNINGER: | Let her know i've thought of her alot |
| RENNINGER: | ALOT |
| TFO Kroul: | She said thank you. Would you like to talk to her? |
| RENNINGER: | Sure.. she can text |
| TFO Kroul: | Hi ☺ |

46

RENNINGER:       Hello Macy... 😄

TFO Kroul:       Hi mr Vern ☐

RENNINGER:       Hello you pretty girl.!

RENNINGER:       I'm sorry you don't feel good

RENNINGER:       Maybe we can fix that soon

RENNINGER:       It is ok to be nervous.. i'm nervous too

TFO Kroul:       yeah I hate sneezin. My nose will bleed 2

TFO Kroul:       how do we fix it?

RENNINGER:       You're smiling thinkin what i might say..?

RENNINGER:       Would you feel better if you and I showered together.?

TFO Kroul:       That sounds fun! I like showerrs ☺

RENNINGER:       What would you soap up first for me?

RENNINGER:       You can say it.. it's ok...

RENNINGER:       What would you like to do 1st

RENNINGER:       Is this it..? [RENNINGER sent a GIF depicting a female peforming oral sex on a male's penis.]

TFO Kroul:       Iv never done tht? R u goin to teach me?

RENNINGER:       Yes...

RENNINGER:       Do want to learn..?

RENNINGER:       Do you want to learn..?

| | |
|---|---|
| TFO Kroul: | Is it bad if I do?? |
| RENNINGER: | Oh no... it's hot if you do |
| RENNINGER: | I love that you do |
| TFO Kroul: | Ohh ok 😊😊 |
| TFO Kroul: | Will u be mad if I mess up??? |
| RENNINGER: | You won't mess up |
| RENNINGER: | And no i would not be mad anyway |
| RENNINGER: | Would you like to play with my cock in the shower, and make it hard..? |
| RENNINGER: | What do YOU want to do most with me..? |
| TFO Kroul: | I can. wht do I do for that? |
| RENNINGER: | Just reach out, take my cock in your hands... and play with it as you wish |
| RENNINGER: | U can use naughty words textin me, i like it |
| TFO Kroul: | What will u do when I play with ur cock? |
| RENNINGER: | I'll have my hands on you.. |
| RENNINGER: | Your pussy, your ass, and your nipples.. if you want me too |
| RENNINGER: | My cock will grow and swell as you play with it |
| RENNINGER: | Like it is doing now |
| RENNINGER: | As we text |

48

RENNINGER:    Do you like me talking naughty to you..?

RENNINGER:    I hope so

RENNINGER:    Are you there..?

TFO Kroul:    Hi sry my aunt called so my mommy was talking to her

RENNINGER:    Thats ok

RENNINGER:    You had, and have me excited

RENNINGER:    Do you like me talking dirty and naughty to you..?

TFO Kroul:    It will swell???

RENNINGER:    Oh yes

RENNINGER:    When you text me .... it swells and grows

TFO Kroul:    Isn't swelling bad???

TFO Kroul:    My eyes swell when I get around pollen. It hurts 😩

RENNINGER:    Oh no...swelling means its growing.. getting hard

RENNINGER:    The harder the better..

RENNINGER:    Just like your pussy getting juicy and wet

RENNINGER:    Lol... not the same at all

RENNINGER:    Does your pussy tingle and get wet ..?

RENNINGER:    Its ok if it does... thats really good

TFO Kroul:    It gets wet in the bath when I wash

RENNINGER:    Do you touch it, and play with it

RENNINGER:      Does it get slick up inside

RENNINGER:      Are you there..?

TFO Kroul:      ive never done that. is tht weird?

RENNINGER:      Lord no its not wirtd...

RENNINGER:      Dont tell people though (but tell me).😉😁

RENNINGER:      Do you like me asking..?

TFO Kroul:      It's cool, I'll answer ???'s

RENNINGER:      Do you want to feel my cock up in your pussy

TFO Kroul:      Will it hurt??? 😬

RENNINGER:      A lil at 1st... but then it will be the best feeling you've

                EVER had

RENNINGER:      And you'll want it alot after that

TFO Kroul:      Ooooo k. Will u be easy w me???

RENNINGER:      Very very much so

RENNINGER:      Very sweet and tender, and loving

RENNINGER:      Do you want that..?

RENNINGER:      We go at your pace honey

RENNINGER:      Macy.. i will protect you and love you

RENNINGER:      And Maddy

TFO Kroul:      U will love me??? Forevs?

| | |
|---|---|
| RENNINGER: | Yes honey... i will |
| RENNINGER: | Is that ok..? |
| TFO Kroul: | How old r u? |
| RENNINGER: | An older man never tells his age my sweet macy |
| RENNINGER: | Which pic did you like most |
| TFO Kroul: | Hahaha u know I'm 11....not fair ☺ |
| RENNINGER: | Yes... and we MUST keep this secret FOREVER |
| RENNINGER: | NO ONE.. just mom me you and maddy |
| TFO Kroul: | Promise promise promise ☺ |
| RENNINGER: | Do you want to suck my cock..? |
| RENNINGER: | I know you like that word |
| TFO Kroul: | Is it bad if I do? |
| RENNINGER: | NO.... i like you do.. makes my cock grow when you do |
| RENNINGER: | Its Hot Macy |
| TFO Kroul: | Is it? |
| RENNINGER: | Is it what honey..? |
| TFO Kroul: | Hot |
| RENNINGER: | OMG YES |
| RENNINGER: | Do you think so..? |
| TFO Kroul: | mayyyybe |

RENNINGER:      Lol... yes you do..😁😳😂

RENNINGER:      My cock is swelled up right now... i like our texts

TFO Kroul:      R u excited for Wednesday???

RENNINGER:      YES....!!

RENNINGER:      What is the 1st thing you want me to trach you..???

RENNINGER:      Besides kissin

TFO Kroul:      Umm the shower sounds fun!

RENNINGER:      Will you soap up my cock

RENNINGER:      We can wash each other really good

TFO Kroul:      I can if u want 😊

RENNINGER:      I want yes

RENNINGER:      I will wash you if you want.😁

TFO Kroul:      Okayyyy

RENNINGER:      Do you want that..?

TFO Kroul:      Yeahhh

RENNINGER:      Where do you want me touching..?

TFO Kroul:      Hey it's Ella. Maddy and Macy are outside.

RENNINGER:      Hey..😁

RENNINGER:      Ella... that virus thing is gettin wild

TFO Kroul:      I think the media is hyping it up more than what it is

52

RENNINGER:        I agree.. but

RENNINGER:        So many things closing or cancelling

TFO Kroul:        All the media hype

RENNINGER:        Be that as it may.. its not good

TFO Kroul:        Are you worried?

RENNINGER:        I'm a realist.. i dont panic, nor really worry..

RENNINGER:        But this is an entire new ballgame for this country

RENNINGER:        I'm a Marine, a tactical firearm and weapons instructor...

TFO Kroul:        Oh really?

RENNINGER:        Is that a good "oh really".. ?..lol

TFO Kroul:        I just didn't know you were in the service

RENNINGER:        Is that ok

TFO Kroul:        Of course. I support the military

RENNINGER:        😄

TFO Kroul:        Well the girls and I are going to bed. Have a goodnight.

RENNINGER:        Goodnight you 3 gorgeous girls

18.    TFO Kroul and RENNINGER continued to communicate via text message and agreed to meet at a prearranged location in Saint Augustine on March 18, 2020.  On March 18, 2020, at approximately 5:30 a.m., RENNINGER departed his residence in Zephyrhills, Florida, and, at approximately 9:05 a.m., RENNINGER

53

arrived at the location in Saint Johns County, Florida, provided to him by TFO Kroul. RENNINGER arrived in a 2011 red Ford Mustang and immediately was taken into custody by HSI special agents.

19.   At the time of his arrest, an Apple iPhone was discovered inside of the red Ford Mustang. At approximately 9:22 a.m., TFO Kroul called phone number (304) 923-8920, which belongs to RENNINGER, from her undercover cell phone and I saw the names "Ella, Maddy, Macy" appear on RENNINGER's cell phone with the picture that TFO Kroul sent to RENNINGER on March 5, 2020.

20.   At approximately 9:23 a.m., TFO Kroul and I identified ourselves to RENNINGER and I advised RENNINGER of his *Miranda* rights. RENNINGER stated he understood his rights and agreed to talk to law enforcement without an attorney present. RENNINGER provided his fullname (LAVERN LEE RENNINGER), his date of birth, and phone number (304) 923-8920. RENNINGER also provided two email addresses. RENNIGER stated he has an iPhone 7 and that it is password protected. RENNINGER did not provide the password to his cell phone. RENNINGER stated he uses his cell phone for mostly everything and the Apple iPhone 7 is the only cell phone he owns. RENNINGER stated nobody else uses his cell phone and nobody else knows the password. When I asked RENNINGER why he was here, he stated, "You know that reason, poor choices, thought I was helping a mother out with some poor choices also."

21.    Based upon the foregoing facts, I have probable cause to believe that, between the dates of March 3, 2020 and March 18, 2020, in the Middle District of Florida, LAVERN LEE RENNINGER, using a facility of interstate commerce, that is, by cellular telephone and computer via the internet, did knowingly and willfully attempt to persuade, induce, entice, and coerce a person whom RENNINGER believed had not reached the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the state of Florida, that is, the crime of lewd or lascivious battery upon a person 12 years of age or older but less than 16 years of age, in violation of Sections 800.04(4)(a), Florida Statutes, all in violation of Title 18, United States Code, Section 2422(b).

ASHLEY WILSON, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this __18th__ day of March, 2020, at Jacksonville, Florida.

MONTE C. RICHARDSON
United States Magistrate Judge

55